UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMERICAN EXPRESS TRAVEL RELATED       :
SERVICES COMPANY, INC.,
                                      :       ORDER
            Plaintiff,                         16 Civ. 434 (AT) (GWG)
                                      :
      -v.-
                                      :
JC FODALE ENERGY SERVICES, LLC,
                                      :

            Defendant.                :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The parties are directed to file on or before October 21, 2020, a joint letter indicating the status of this case.

    SO ORDERED.

Dated: October 7, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge